JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| KAYLOR ROSE,<br><br>    Plaintiff,<br><br>    v.<br><br>COUNTY OF LOS ANGELES; ERASMO AGUILAR; JONATHAN MENA; CAREN CHEN; KARLA RAMOS; WENDYRAE BORBOA; OLINDA NORRIS; LORI HIROTA; CITY OF GLENDORA; DETECTIVE ADAM PETTINGER,<br><br>    Defendants. | Case No. 2:19-CV-05125-MWF-MAA<br><br>Assigned to:<br>Hon. Michael W. Fitzgerald, Ctrm 5A<br><br>**ORDER DISMISSING SECOND AMENDED COMPLAINT WITH PREJUDICE**<br><br>Action Filed:   June 13, 2019<br>Trial Date:      November 30, 2021 |

Pursuant to the Stipulation to Dismiss Second Amended Complaint with Prejudice filed by Plaintiff Kaylor Rose and Defendants County of Los Angeles, Erasmo Aguilar, Jonathan Mena, Caren Chen, Karla Ramos, Wendyrae Borboa, Olinda Noriss, Lori Hirota, City of Glendora, and Adam Pettinger, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), **IT IS HEREBY ORDERED** that

the Second Amended Complaint is hereby dismissed with prejudice. Each party is to bear their own attorneys' fees and costs.

Dated: __August 27_____, 2021       _____/s/ Michael W. Fitzgerald_____
                                          Michael W. Fitzgerald
                                          United States District Judge